IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00222-BNB

LARRY BECK,

Applicant,

v.

WARDEN HOYT BRILL, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

## ORDER TO FILE SUPPLEMENTAL PRE-ANSWER RESPONSE

Applicant Larry Beck is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Kit Carson Correctional Facility in Burlington, Colorado. Mr. Beck initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging the validity of his conviction and sentence in Case No. 02CR463 in the Garfield District Court of Colorado. In an order filed on April 21, 2008, Magistrate Judge Boyd N. Boland directed Respondents to file a Pre-Answer Response (Answer) limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On April 30, 2008, Respondents filed an Answer. Mr. Beck filed a Reply on June 19, 2008.

In the Application, Mr. Beck asserts that he pled guilty to one count of second degree assault and was sentenced to nine years of incarceration and three years of mandatory parole on May 2, 2003. (Application at 1-2.) He further asserts he did not

file a direct appeal, but he did file a Colo. R. Crim. P. 35(a) postconviction motion on May 3, 2004, which was denied by the state district court on January 4, 2005. (Application at 4.) Mr. Beck also states that the district court's denial was affirmed by the Colorado Court of Appeals on November 24, 2006, but the date and result of any appeal to the Colorado Supreme Court are not available. (Application at 4.)

In the Answer, Respondents agree with Mr. Beck regarding the offense to which he pled and the date his sentence was entered. (Answer at 1-2.) Respondents. however, assert that Mr. Beck filed a motion for sentence reduction on August 28, 2003, which was denied on March 1, 2004. (Answer at 2.) They further state that Mr. Beck also filed a postconviction motion on May 5, 2004, that was denied by the state district court on January 4, 2005, that Mr. Beck appealed the denial and the Colorado Court of Appeals affirmed the denial by the district court on November 24, 2006. (Answer at 2.) Respondents also state that Mr. Beck petitioned for certiorari review with the Colorado Supreme Court on March 26, 2007, which was denied on March 29, 2007.

The Court finds upon review of the state court record of Mr. Beck's criminal proceeding, in Exhibit A of the Answer, that he appears to have filed a motion for reconsideration of his sentence on August 13, 2007, that may still be pending in state court. Respondents have failed to address the August 13, 2007, motion in their Pre-Answer Response.

Respondents are instructed to provide supplemental briefing on postconviction motions filed after March 29, 2007, and any postconviction motions that still may be pending in state court. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondents shall file a Supplemental Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty days of the filing of the Pre-Answer Response** Applicant may file a Supplemental Reply, if he desires.

DATED at Denver, Colorado, this 1st day of July, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00222-BNB

Larry Beck
Prisoner No. 80036
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

Katherine A. Hansen
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/2/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk